**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RACHEL ANDERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 20-cv-04648 |
| | ) | |
| v. | ) | Judge Jorge L. Alonso |
| | ) | |
| TWIN RESTAURANT OAKBROOK, LLC, et al., | ) | Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION SETTING BRIEFING SCHEDULE ON
DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT and
FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES**

The Parties, Plaintiffs Rachel Anderson, et al. ("Plaintiffs"), and Defendants Twin Restaurant Oakbrook, LLC, et al. ("Twin Peaks Defendants")[1] and Front Burner Restaurants, LP ("Front Burner" and, collectively with the Twin Peaks Defendants, the "Defendants"), through their respective attorneys, move this Court for entry of an order setting forth the following briefing schedule on the Twin Peaks Defendants and Front Burner's Motions to Dismiss the Second Amended Complaint, and granting Plaintiff leave to file a response brief up to 25 pages in length. The Parties move as follows:

1. Plaintiffs filed their original complaint on August 7, 2020 [Doc. No 1], and a First Amended Complaint [Doc. No. 4] on August 10, 2020, asserting multiple federal employment discrimination claims on behalf of more than thirty individual plaintiffs. On September 3, 2020, the Twin Peaks Defendants agreed to Waiver of the Service of Summons [Doc. No. 10].

---

[1] "Twin Peaks" or the "Twin Peaks Defendants" are Twin Restaurant Oakbrook, LLC, Twin Restaurant Orland Park, LLC, Twin Restaurant Wheeling, LLC, Twin Restaurant Warrenville, LLC, Twin Restaurant Holding, LP, Twin Restaurant Holding, LLC, Twin Restaurant, LLC, Twin Restaurant Franchise, LLC, Twin Restaurant Investment Co. II, LLC, Twin Restaurant Investment Company, Twin Restaurant Frisco, LLC, TP Franchise Ventures I, LLC, and Twin Restaurant IP LLC.

2. On October 21, 2020, this Court granted the Twin Peaks' Defendants unopposed motion for a brief extension of time until November 6, 2020, to file their Motion to Dismiss the Plaintiffs' First Amended Complaint [Doc. No. 19]. The Court also granted the parties' joint motion for leave to file briefs in excess of fifteen (15) pages with respect to the Twin Peaks' Defendants anticipated Motion to Dismiss, allowing the parties up to twenty (20) pages for their respective briefs. *Id*.

3. On November 6, 2020, the Twin Peaks Defendants timely filed their Motion to Dismiss Plaintiffs' First Amended Complaint [Doc. No. 24] and Memorandum of Law in Support of their Motion to Dismiss [Doc. No. 25].

4. On November 16, 2020, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint [Doc. No. 29].

5. Plaintiffs Second Amended Complaint added two additional counts pursuant to the Illinois Human Right Act. (Dkt. No. 32)

6. On November 19, 2020, this Court granted Plaintiffs' motion for leave to file a Second Amended Complaint and ordered the Defendants to file their responsive pleading to the Plaintiff's Second Amended Complaint by December 17, 2020. (Dkt. No. 31).

7. On November 30, 2020, this Court granted the Twin Peaks Defendants leave to file a brief in excess of 20 pages. (Dkt. No. 38)

8. The Defendants have filed or will file their Motions to Dismiss by December 17, 2020 and as such, have coordinated with Plaintiffs' counsel on a briefing schedule.

9. The Parties have agreed that Plaintiffs will file their response to the Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint, by January 22, 2021.

10. The Parties have agreed that the Defendants will file their reply briefs in support of their respective Motions to Dismiss Plaintiff's Second Amended Complaint, by February 5, 2021.

11. Plaintiffs have requested agreement from Defendants to allow them to file a response to the Twin Peaks Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint of up to 25 pages in accordance with the leave granted to Defendants to do the same, and to be allowed to file a response brief in the same number of pages as Front Burner's Motion to Dismiss; and Defendants have no objection.

WHEREFORE, Plaintiffs and Defendants, respectfully request that this Honorable Court enter an order (1) setting an agreed briefing schedule on Defendants' Motions to Dismiss the Second Amended Complaint with Plaintiffs to file their responses by January 22, 2021 and Defendants to file their reply briefs by February 5, 2021; (2) allowing Plaintiffs to file a response to the Twin Peaks Defendants' Motion to Dismiss of up to 25 pages and allowing Plaintiffs to file a response brief in the same number of pages as Front Burner's Motion to Dismiss; (3) grant such other relief as the Court deems proper.

Respectfully submitted,

| RACHEL ANDERSON, et al | TWIN RESTAURANT, LLC, et al |
|---|---|
| /s/ Tamara N. Holder | /s/ Kristine S. Phillips |
| Tamara N. Holder | Kristine S. Phillips |
| The Law Firm of Tamara N. Holder LLC | Bryan W. White |
| 917 W. Washington St., Ste. 222 | O'HAGAN MEYER LLC |
| Chicago, IL 60607 | One E. Wacker Dr., Suite 3400 |
| tamara@tamaraholder.com | Chicago, Illinois 60601 |
| | Telephone: 312.422.6100 |
| Johanna J. Raimond | kphillips@ohaganmeyer.com |
| Law Offices of Johanna J. Raimond, Ltd. | bwhite@ohaganmeyer.com |
| 431 S. Dearborn, Ste. 1002 | |
| Chicago, IL 60605 | |
| jraimond@raimondlaw.com | |

ATTORNEYS FOR PLAINTIFFS

Meredith Cavallaro
Courtney Fain
Paduano & Weintraub LLP
1251 Avenue of the Americas, 9th Floor
New York, New York, 10020
Tel: 212.785.9100
Fax: 212.785.9099
mc@pwlawyers.com
cf@pwlawyers.com

Ines Monte
Christopher W. Sheekey
LaPointe Law, P.C.
1200 Shermer Road, Suite 425
Northbrook, IL 60062
imonte@lapointelaw.com
csheekey@lapointelaw.com

ATTORNEYS FOR TWIN PEAKS DEFENDANTS.

*/s/ Stephanie F. Jones*
Stephanie F. Jones (#6313160)
Gordon Rees Scully Mansukhani LLP
One North Franklin Street, Suite 800
Chicago, Illinois 60606
(312) 565-1400
sfjones@grsm.com

ATTORNEYS FOR FRONT BURNER

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of December, 2020, I electronically filed **AGREED MOTION SETTING BREIFING SCHEDULE ON MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEYS FOR PLAINTIFFS**
Tamara N. Holder
The Law Firm of Tamara N. Holder LLC
917 W. Washington St., Ste. 222
Chicago, IL 60607
tamara@tamaraholder.com

Johanna (Josie) Raimond
Law Offices of Johanna J. Raimond, Ltd.
431 S. Dearborn, Ste. 1002
Chicago, IL 60605
jraimond@raimondlaw.com

**ATTORNEYS FOR DEFENDANT FRONT BURNER RESTAURANTS, LP:**
Stephanie A. Jones
Katherine P. Decker
Patrick Moran
Gordon Rees Scully Mansukhani, LLP
1 N. Franklin St., Ste. 800
Chicago, IL 60606
sfjones@grsm.com
kdecker@grsm.com
pmoran@grsm.com

**ATTORNEYS FOR DEFENDANTS TWIN RESTAURANT, LLC, et al:**
Meredith Cavallaro
Courtney Fain
Paduano & Weintraub LLP
1251 Avenue of the Americas, 9th Floor
New York, New York, 10020
Tel: 212.785.9100
Fax: 212.785.9099
mc@pwlawyers.com
cf@pwlawyers.com

Ines Monte
Christopher W. Sheekey
LaPointe Law, P.C.
1200 Shermer Road, Suite 425
Northbrook, IL 60062
imonte@lapointelaw.com
csheekey@lapointelaw.com

        */s/ Bryan W. White*
Kristine S. Phillips
Bryan W. White
O'Hagan Meyer, LLC
One E. Wacker Dr., Ste. 3400
Chicago, IL 60601
kphillips@ohaganmeyer.com
bwhite@ohaganmeyer.com

**ONE OF THE ATTORNEYS FOR DEFENDANTS TWIN RESTAURANT, LLC, ET AL.**